**No. 46456.**—Protest 995417–G of Goldfarb Novelty Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the paperweights in question are similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20), the claim of 40 percent under paragraph 339 was sustained.

**No. 46457.**—Protest 873992–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstracts 29990 and 38680, the articles in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 46458.**—Protests 841462–G, etc., of Paper Mill Equipment, Ltd., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the wire cloth in question is similar in all material respects to that the subject of *Paper Mill Equipment, Ltd.* v. *United States* (7 Cust. Ct. 25, C. D. 526). In accordance with the agreed facts the wire cloth was held dutiable as "machines for making paper pulp or paper, not specially provided for, and parts thereof, not specially provided for wholly or in chief value of metal or porcelain" at 20 percent under paragraph 372, in view of T. D. 47785. Protests sustained.

**No. 46459.**—Protest 62611–K of Remington Rand, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the merchandise consists of an automatic verifying machine, the same in all material respects as the merchandise passed upon in *Remington Rand* v. *United States* (6 Cust. Ct. 249, C. D. 474), the claim of 27½ percent under paragraph 372 was sustained.

**No. 46460.**—Protests 770138–G, etc., of Amer. Machine & Foundry Co. et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.